Peter R. Jarvis, OSB No. 761868
Dayna E. Underhill, OSB No. 926004
HINSHAW & CULBERTSON LLP
1000 SW Broadway, Suite 1250
Portland, OR 97205-3000
Telephone:     503-243-3243
Facsimile:     503-243-3240
pjarvis@hinshawlaw.com
dunderhill@hinshawlaw.com

   *Of Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DG COGEN PARTNERS, LLC, a Delaware company,<br><br>             Plaintiff,<br><br>     vs.<br><br>LANE POWELL PC, a Washington corporation, and JONATHAN NORLING,<br><br>             Defendants. | Case No:  3-11 CV 00642 - HZ<br><br>STIPULATED JUDGMENT OF DISMISSAL OF PLAINTIFF DG COGEN PARTNERS, LLC.'S $10,000 CLAIM FOR RELIEF |

   It is hereby stipulated by all parties hereto, by and through their undersigned attorneys,

that Plaintiff DG Cogen Partners, LLC hereby dismisses, with prejudice, its $10,000 claim for

/ / / /

/ / / /

/ / / /

/ / / /

| | |
|---|---|
| PAGE 1 –   STIPULATED JUDGMENT OF DISMISSAL OF PLAINTIFF DG COGEN PARTNERS, LLC.'S $10,000 CLAIM FOR RELIEF | HINSHAW & CULBERTSON LLP<br>1000 SW Broadway<br>Suite 1250<br>Portland, OR 97205-3000<br>Telephone: 503-243-3243<br>Facsimile: 503-243-3240 |

relief as set forth in paragraph 16 of Plaintiff's Third Amended Complaint.

DATED this 10th day of June, 2013.

Submitted by:

MARKOWITZ HERBOLD GLADE & MEHLHAF, PC

By: /s/
  Renee E. Rothauge, OSB No. 903712
  Kerry J. Shepherd, OSB No. 944343
  *Of Attorneys for Defendant Lane Powell, PC*

HINSHAW & CULBERTSON LLP

By: /s/
  Peter R. Jarvis, OSB No. 761868
  Dayna Underhill, OSB No. 926004
  *Of Attorneys for Plaintiff*

BRISBEE & STOCKTON

By: /s/
  Larry Brisbee, OSB No. 670111
  *Of Attorneys for Defendant Jonathan Norling*

IT IS SO ORDERED this ___ day of June, 2013.

*[signature]*
Hon. Marco A. Hernandez
United States District Court

PAGE 2 – STIPULATED JUDGMENT OF DISMISSAL OF PLAINTIFF DG COGEN PARTNERS, LLC.'S $10,000 CLAIM FOR RELIEF

HINSHAW & CULBERTSON LLP
1000 SW Broadway
Suite 1250
Portland, OR 97205-3000
Telephone: 503-243-3243
Facsimile: 503-243-3240