**David B. Markowitz, OSB #742046**
DavidMarkowitz@MHGM.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@MHGM.com
**Kerry J. Shepherd, OSB #944343**
KerryShepherd@MHGM.com
MARKOWITZ, HERBOLD, GLADE
　& MEHLHAF, P.C.
Suite 3000, Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204-3730
Telephone: (503) 295-3085
Fax:  (503) 323-9105
　　Attorneys for Defendant Lane Powell PC

**Peter R. Jarvis, OSB #761868**
pjarvis@hinshawlaw.com
**Dayna E. Underhill, OSB #926004**
dunderhill@hinshawlaw.com
HINSHAW & CULBERTSON LLP
1000 SW Broadway, Suite 1250
Portland, OR  97205-3000
Telephone:  (503) 243-3243
Fax:  (503) 243-3240
　　Attorneys for Plaintiffs

**Larry A. Brisbee, OSB #670111**
law@brisbeeandstockton.com
BRISBEE & STOCKTON LLC
139 NE Lincoln Street
Hillsboro, OR  97123
Telephone:  (503) 648-6677
Fax:  (503) 648-1091
　　Attorney for Defendant Jonathan Norling

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **DG COGEN PARTNERS, LLC**, a Delaware company, and **1211658 ALBERTA LTD**, a Canadian corporation,<br><br>　　　　　　　　　　Plaintiffs, | Case No. 3:11-cv-00642-HZ<br><br>**STIPULATED FINAL JUDGMENT** |

Page 1 -　STIPULATED FINAL JUDGMENT

v.

**LANE POWELL PC**, a Washington corporation, and **JONATHAN NORLING**,

<u>                    Defendants.</u>

It is hereby stipulated by all parties hereto, by and through their undersigned attorneys, and based upon the Court's Opinions and Orders dated January 7, 2013 and April 16, 2013 and the Stipulated Judgment of Dismissal of Plaintiff DG Cogen Partners LLC's $10,000 Claim for Relief ordered by this Court on June 10, 2013, that judgment should be entered in this case in favor of defendants and against plaintiffs on all claims, and that all claims are hereby dismissed with prejudice. None of the parties stipulate to the waiver of attorney fees and costs to which they may be entitled. This judgment shall constitute the final judgment in this matter for purposes of appeal.

DATED this 19th day of June, 2013.

Submitted by:

                      MARKOWITZ, HERBOLD, GLADE
                         & MEHLHAF, P.C.

            By:   */s/ Kerry J. Shepherd*
                    David B. Markowitz, OSB #742046
                    Renée E. Rothauge, OSB #903712
                    Kerry J. Shepherd, OSB #944343
                    (503) 295-3085
                    Of Attorneys for defendant Lane Powell PC


                      HINSHAW & CULBERTSON LLP

                      */s/ Dayna E. Underhill*
            By: _____
                    Peter R. Jarvis, OSB No. 761868
                    Dayna E. Underhill, OSB No. 926004
                    Of Attorneys for Plaintiff

BRISBEE & STOCKTON LLC

By: /s/ Larry A. Brisbee
_____
Larry A. Brisbee, OSB No. 670111
Of Attorneys for Defendant Jonathan Norling

IT IS SO ORDERED AND ADJUDGED this 20 day of June, 2013.

_____
MARCO A. HERNANDEZ
United States District Judge

Page 3 -  STIPULATED FINAL JUDGMENT