**Roy Pulvers, OSB # 833570**
HINSHAW & CULBERTSON LLP
1000 SW Broadway
Suite 1250
Portland, OR 97205-3000
Telephone:    503-243-3243
Facsimile:    503-243-3240
rpulvers@hinshawlaw.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **DG COGEN PARTNERS, LLC**, a Delaware company, and **1211658 ALBERTA LTD**, a Canadian corporation, | Case No:  3:11-cv-00642-HZ |
| Plaintiffs, | NOTICE OF APPEAL |
| vs. | |
| **LANE POWELL PC**, a Washington corporation, and **JONATHAN NORLING**, | |
| Defendants. | |

Notice is hereby given that DG Cogen Partners, LLC and 1211658 Alberta LTD,

plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the

Ninth Circuit from the final judgment entered in this action on June 20, 2013 (Docket # 108,

attached as Exhibit A), including therein the underlying Court's Order on Defendants' Motion

for Summary Judgment dated January 7, 2013 (Docket #82, attached as Exhibit B), and the

Court's Order on Defendants' Motion to Dismiss dated April 16, 2013 (Docket #98, attached as

Exhibit C).

Plaintiffs' Representation Statement is attached to this Notice, as required by Ninth

Circuit Rule 3-2(b).

//

HINSHAW & CULBERTSON LLP
1000 SW Broadway
Suite 1250
Portland, OR 97205-3000
Telephone: 503-243-3243
Facsimile: 503-243-3240
130608644v2  0896813

DATED this 18th day of July 2013.

HINSHAW & CULBERTSON LLP

By:   */s/ Roy Pulvers*
      Roy Pulvers, OSB 833570
      *Of Attorneys for Plaintiffs*

PAGE 2 – NOTICE OF APPEAL (NO. _____)

HINSHAW & CULBERTSON LLP
1000 SW Broadway
Suite 1250
Portland, OR 97205-3000
Telephone: 503-243-3243
Facsimile: 503-243-3240
130608644v2  0896813

# REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), Plaintiffs/Appellants DG Cogen Partners, LLC and

1211658 Alberta LTD identify the following parties to this action, and their counsel of record:

1.    **Appellants DG Cogen Partners, LLC and 1211658 Alberta LTD**

Roy Pulvers, OSB No. 833570
Peter Jarvis, OSB No. 761868
Dayna Underhill, OSB No. 926004
Hinshaw & Culbertson LLP
1000 SW Broadway
Suite 1250
Portland, OR  97205-3000
phone: (503)243-3243
fax:    (503)243-3240
email:  rpulvers@hinshawlaw.com
        pjarvis@hinshawlaw.com
        dunderhill@hinshawlaw.com


2.    **Appellee Lane Powell PC**

David Markowitz, OSB No. 742046
Kerry Shepherd, OSB No. 944343
Renee Rothauge, OSB No. 903712
Emily Teplin Fox, OSB No. 121720
Markowitz Herbold Glade & Mehlhaf, PC
1211 S.W. Fifth Avenue
Suite 3000
Portland, OR  97204
phone: (503)295-3085
fax:    (503)323-9105
email:  davidmarkowitz@mhgm.com
        kerryshepherd@mhgm.com
        reneerothauge@mhgm.com
        emilyfox@mhgm.com

//

//

//

//

PAGE 3 – NOTICE OF APPEAL (NO. _____)

HINSHAW & CULBERTSON LLP
1000 SW Broadway
Suite 1250
Portland, OR 97205-3000
Telephone: 503-243-3243
Facsimile: 503-243-3240
130608644v2  0896813

3.      **Appellee Jonathan Norling**

Larry Brisbee, OSB No. 670111
Brisbee & Stockton
139 N.E. Lincoln Street
P.O. Box 567
Hillsboro, OR  97123
phone: (503)648-6677
fax:     (503)648-1091
email:  lab@brisbeeandstockton.com

DATED this 18th day of July 2013.

HINSHAW & CULBERTSON LLP


By:    */s/ Roy Pulvers*
          Roy Pulvers, OSB 833570
          *Of Attorneys for Plaintiffs*

PAGE 4 – NOTICE OF APPEAL (NO. _____)

HINSHAW & CULBERTSON LLP
1000 SW Broadway
Suite 1250
Portland, OR 97205-3000
Telephone: 503-243-3243
Facsimile: 503-243-3240
130608644v2  0896813

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on July 18, 2013, I electronically filed the foregoing NOTICE OF

APPEARANCE and served on the parties or attorneys for parties identified herein, in the manner

and on the date set forth below:

☒    Will be mailed via first class mail or notified via the court's electronic filing

system if currently signed up:

| | |
|---|---|
| **Larry A. Brisbee** | **David B. Markowitz** |
| Brisbee & Stockton | **Renee E. Rothauge** |
| 139 N.E. Lincoln Street | **Kerry J. Shepherd** |
| P.O. Box 567 | **Emily Teplin Fox** |
| Hillsboro, OR 97123 | Markowitz Herbold Glade & Mehlhaf, PC |
| (503)648-6677 | 1211 S.W. Fifth Avenue |
| (503) 648-1091 (fax) | Suite 3000 |
| lab@brisbeeandstockton.com | Portland, OR 97204 |
| | (503) 295-3085 |
| *Attorney for Defendant Jonathan Norling* | (503) 323-9105 (fax) |
| | DavidMarkowitz@MHGM.com |
| | ReneeRothauge@mhgm.com |
| | KerryShepherd@mhgm.com |
| | EmilyFox@mhgm.com |
| | |
| | *Attorneys for Defendant Lane Powell* |

DATED this 18th day of July, 2013.

HINSHAW & CULBERTSON LLP

By:  */s/ Roy Pulvers*
          Roy Pulvers, OSB 833570
          Telephone: (503) 243-7696

PAGE 5 – NOTICE OF APPEAL (NO. _____)

HINSHAW & CULBERTSON LLP
1000 SW Broadway
Suite 1250
Portland, OR 97205-3000
Telephone: 503-243-3243
Facsimile: 503-243-3240
130608644v2 0896813